**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**PHILLIP J. OAKES, ADC #145126**                                                                    **PLAINTIFF**

**v.**                                            **5:11-cv-00294-KGB-JJV**

**KAY HOWELL, Warden, Randall Williams**
**Correctional Facility, Arkansas Department**
**of Correction;** *et al.*                                                                                    **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 43) and plaintiff's objections (Dkt. No. 44).  After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1.      The motion for summary judgment filed by defendants Judith Savoy and George Wilson is granted (Dkt. No. 32).

2.      The motion for summary judgment filed by defendants Ray Hobbs, Kaye Howell, and Wendy Kelley is granted (Dkt. No. 39).

3.      The complaint is dismissed with prejudice.

SO ORDERED this 21st day of February, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE