### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**PHILLIP J. OAKES, ADC #145126**                                                    **PLAINTIFF**

**v.**                                      **5:11-cv-00294-KGB-JJV**

**KAY HOWELL, Warden, Randall Williams**
**Correctional Facility, Arkansas Department**
**of Correction;** *et al***.**                                                    **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is dismissed with prejudice.

SO ORDERED this 21st day of February, 2013.


_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE